IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANJANIE PERSAUD                               *
910 Webster Street, N.W.
Washington DC 20011                           *

     Plaintiff                              *

v.                                            *      CASE NO:

THE ST. PAUL TRAVELERS                        *
COMPANIES, INC.
385 Washington Street                         *
St. Paul MN 55102
                                              *
AND
                                              *
TRAVELERS PROPERTY &
CASUALTY INSURANCE CO.                        *
151 Farmington Avenue
Hartford CT 06156                             *

AND                                           *

THE STANDARD FIRE INSURANCE                   *
COMPANY
151 Farmington Avenue                         *
Hartford CT 06156
                                              *
AND
                                              *
THE AUTOMOBILE INSURANCE
COMPANY OF HARTFORD,                          *
CONNECTICUT
1 Tower Square                                *
Hartford, CT 06183
                                              *
     Defendants
*     *     *     *     *     *     *     *     *     *     *     *     *

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

Defendants, The St. Paul Travelers Companies, Inc., Travelers Property & Casualty Insurance Company, The Standard Fire Insurance Company, and The Automobile Insurance Company of Hartford Connecticut, by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81(c), files this Notice of Removal from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia, and in support thereof states as follows:

1. The Plaintiffs initiated the present action against the Defendants alleging a breach of contract action against each defendant in the Superior Court for the District of Columbia, Civil Action No. 0000356-07, on or about January 18, 2007 and summonses were issued on January 18, 2007.

2. Defendant The St. Paul Travelers Companies, Inc. was served on or about January 23, 2007 through certified mail restricted delivery. It is unknown if Defendant Travelers Property & Casualty Insurance Company has been served at this time. It is unknown if Defendant The Standard Fire Insurance Company has been served at this time. It is unknown if Defendant The Automobile Insurance Company of Hartford Connecticut has been served at this time. However, The St. Paul Travelers Companies, Inc., Travelers Property & Casualty Insurance Company, and The Standard Fire Insurance Company are improperly named as defendants. The proper defendant in this matter is The Automobile Insurance Company of Hartford, Connecticut, an affiliate of The St. Paul Travelers Companies, Inc., Travelers Property & Casualty Company, and The Standard Fire Insurance Company.

3. The Complaint alleges that Plaintiff is a resident of the District of Columbia.

4. Defendant The St. Paul Travelers Companies, Inc.'s principal place of business is in St. Paul, Minnesota. Thus, jurisdiction in this Court is proper by virtue of diversity of citizenship.

5. Defendant Travelers Property & Casualty Insurance Company's principal place of business is in Hartford, Connecticut. Thus, jurisdiction in this Court is proper by virtue of diversity of citizenship.

6. Defendant The Standard Fire Insurance Company's principal place of business is in Hartford, Connecticut. Thus, jurisdiction in this Court is proper by virtue of diversity of citizenship.

7. The proper defendant, Defendant The Automobile Insurance Company of Hartford, Connecticut, principal of business is Hartford, Connecticut. Thus, jurisdiction in this Court is proper by virtue of diversity of citizenship.

8. The Complaint seeks compensatory, actual, and punitive damages against Defendants and alleges an amount in controversy in excess of $75,000. The Complaint also seeks attorneys' fees and costs. This cause of action is subject to the original jurisdiction of this Court under 28 U.S.C. §1332; and therefore, may be removed to this Court pursuant to 28 U.S.C. §1441(a).

9. This notice is timely filed under 28 U.S.C. §1446(b).

10. A true and correct copy of the Notice of Filing Notice of Removal, which has been filed in the Superior Court for the District of Columbia contemporaneously herewith, is attached hereto as Exhibit "1."

11. Copies of all prior pleadings and papers filed in the Superior Court for the District of Columbia are attached hereto as Exhibit "2."

Respectfully submitted,

Niles, Barton & Wilmer LLP

*/s/ Craig D. Roswell/cow*

Craig D. Roswell
Bar Number: 433406
111 South Calvert Street, Suite 1400
Baltimore, MD 21202
410-783-6300
Facsimile 410-783-6363
cdroswell@niles-law.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of February 2007, a copy of the foregoing Notice of Removal to the United States District Court for the District of Columbia was mailed, postage prepaid to:

Clark U. Fleckinger, II
Rockville Metro Plaza I
111Rockvile Pike, Suite 980
Rockville, MD 20850
*Attorneys for Plaintiffs*

*/s/ Craig D. Roswell/cow*

Craig D. Roswell

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

**I (a) PLAINTIFFS**

Anjanie Persaud

**DEFENDANTS**

The St. Paul Travelers Companies, Inc.
Travelers Property & Casualty Insurance Co.
The Standard Fire Insurance Company
The Automobile Insurance Company of Hartford, Connecticut

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**ATTORNEYS (IF KNOWN)**

Craig D. Roswell, Esquire
Niles, Barton & Wilmer, LLP
111 S. Calvert Street, Suite 1400
Baltimore, MD 21202

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 2 U.S. Government Defendant
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
(PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**○ A. Antitrust**
- ☐ 410 Antitrust

**○ B. Personal Injury/Malpractice**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

**○ C. Administrative Agency Review**
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes:
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**○ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil**

Real Property
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

Personal Property
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

Bankruptcy
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

Prisoner Petitions
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

Property Rights
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

Federal Tax Suits
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

Forfeiture/Penalty
- ☐ 610 Agriculture
- ☐ 620 Other Food &Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

Other Statutes
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ○ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ○ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ○ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ○ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ○ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ⦿ **M.** *Contract*<br><br>☒ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ○ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

○ 1 Original Proceeding    ⦿ 2 Removed from State Court    ○ 3 Remanded from Appellate Court    ○ 4 Reinstated or Reopened    ○ 5 Transferred from another district (specify)    ○ 6 Multi district Litigation    ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**    ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 500,000.00    Check YES only if demanded in complaint    **JURY DEMAND:** YES ☒ NO ☐

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    YES ☐    NO ☒    If yes, please complete related case form.

DATE Feb 13, 2007    SIGNATURE OF ATTORNEY OF RECORD Craig D. Roswell/cdw

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

    I.      COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

    III.     CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

    IV.     CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

    VI.     CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

    VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

ANJANIE PERSAUD                      *
910 Webster Street, N.W.
Washington DC 20011            *

       Plaintiff                        *

v.                                         *     CASE NO: 0000356-07
                                            Judge Robert E. Morin
THE ST. PAUL TRAVELERS       *
COMPANIES, INC.
385 Washington Street           *
St. Paul MN 55102
                                   *

AND
                                   *

TRAVELERS PROPERTY &
CASUALTY INSURANCE CO.       *
151 Farmington Avenue
Hartford CT 06156               *

AND                                 *

THE STANDARD FIRE INSURANCE   *
COMPANY
151 Farmington Avenue         *
Hartford CT 06156
                                   *

AND
                                   *

THE AUTOMOBILE INSURANCE
COMPANY OF HARTFORD,          *
CONNECTICUT
1 Tower Square                  *
Hartford, CT 06183
                                   *

       **Defendants**
*    *    *    *    *    *    *    *    *    *    *    *    *

## NOTICE OF REMOVAL

To: Clerk of Court

Please be advised that Defendants[1] through counsel have filed a Notice of Removal of the above-captioned action to the United States District Court for the District of Columbia. A copy of the notice is attached.

                Respectfully submitted,

                Niles, Barton & Wilmer LLP

                Craig D. Roswell
                Bar Number: 433406
                111 South Calvert Street, Suite 1400
                Baltimore, MD 21202
                410-783-6300
                Facsimile 410-783-6363
                cdroswell@niles-law.com
                Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __13__ day of February 2007, a copy of the foregoing Notice of Removal was mailed, postage prepaid to:

Clark U. Fleckinger, II
Rockville Metro Plaza I
111Rockvile Pike, Suite 980
Rockville, MD 20850
*Attorneys for Plaintiffs*

                Craig D. Roswell

---

[1] The St. Paul Travelers Companies, Inc., Travelers Property & Casualty Insurance Company, and The Standard Fire Insurance Company are improperly named as defendants. The proper defendant in this matter is The Automobile Insurance Company of Hartford, Connecticut, an affiliate of The St. Paul Travelers Companies, Inc., Travelers Property & Casualty Company, and The Standard Fire Insurance Company.



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

RECEIVED
JAN 26 2007

ANJANIE PERSAUD
Vs.
THE ST. PAUL TRAVELERS COMPANIES, INC

C.A. No.   2007 CA 000356 B/CES

## INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ROBERT E MORIN
Date: January 18, 2007
Initial Conference: 9:30 am, Friday, April 20, 2007
Location: Courtroom 517
500 Indiana Avenue N.W.
WASHINGTON, DC 20001

Caio.doc

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

ANJANIE PERSAUD

*Plaintiff*

VS.

THE ST. PAUL TRAVELERS COMPANIES, INC.

*Defendant*

0000356-07

Civil Action No. _____

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below**. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

CLARK U. FLECKINGER II
Name of Plaintiff's Attorney

111 Rockville Pike, Suite 980
Address
Rockville, MD 20850

(301) 294-7301
Telephone

By _____
Deputy Clerk

Date January, 18 2007

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93    NOTE: SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

ANJANIE PERSAUD
910 Webster Street, N.W.
Washington, D.C. 20011

    Plaintiff

    v.

THE ST. PAUL TRAVELERS
COMPANIES, INC.
385 Washington Street
St. Paul, MN, 55102

Serve: Bruce Backberg
   (Senior Vice President and
   Corporate Secretary)
   385 Washington Street
   St. Paul, MN, 55102
        *and*

TRAVELERS PROPERTY &
CASUALTY INSURANCE COMPANY
151 Farmington Avenue
Hartford, CT, 06156

Serve: Corporation Service Company
   (Resident Agent)
   1090 Vermont Avenue, NW
   Suite # 430
   Washington, DC 20005

        *and*

0000356-07

Civil Action No.: _____

RECEIVED
CIVIL CLERK'S OFFICE
JAN 1 8 2007
SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
WASHINGTON, DC

CLARK U. FLECKINGER II
ATTORNEY AT LAW
Of Counsel To Belli, Weil & Grozbean, P.C.
ROCKVILLE METRO PLAZA I
111 ROCKVILLE PIKE, SUITE 980
ROCKVILLE, MARYLAND 20850
301-294-7301
FAX 301-738-5708

1

THE STANDARD FIRE INSURANCE :
COMPANY :
151 Farmington Avenue :
Hartford, CT, 06156 :
 :
 :
Serve: Corporation Service Company :
       (Resident Agent) :
       1090 Vermont Avenue, NW :
       Suite # 430 :
       Washington, DC 20005 :
 :
             *and* :
 :
THE AUTOMOBILE INSURANCE :
COMPANY OF HARTFORD, :
CONNECTICUT :
1 Tower Square :
Hartford, CT 06183 :
 :
Serve: CT Corporation System :
       (Resident Agent) :
       1015 15th Street, NW :
       Suite # 1000 :
       Washington, DC 20005 :
 :
 :
       Defendants :
 :

### COMPLAINT AND DEMAND FOR JURY TRIAL
#### (Breach Of Contract)

COMES NOW the Plaintiff, **ANJANIE PERSAUD**, by and through her attorney, Clark U. Fleckinger II, and in support of her claim, represents as follows:

### JURISDICTION

1.  That, the Court has jurisdiction over this matter pursuant to DC Code, §11-921.

2

2. That, Plaintiff is a resident of the District of Columbia

3. That, to the best of Plaintiff's knowledge and belief, Defendant(s) is/are (a) corporation(s) operating and doing business in the District of Columbia.

## FACTS

4. That, the allegations contained in the preceding and subsequent paragraphs of this Complaint are incorporated by reference.

5. That, the Defendant(s) is/are in the business of selling insurance in, *inter alia*, the District of Columbia, including the selling of real property fire insurance in order to protect the financial interests of real property owners in the District of Columbia from the financial damages associated with the burning by fire of real property, its contents, and loss of use.

6. That, at all times relevant, Plaintiff owned, and owns, real property at 760 Rock Creek Church Rd., NW, Washington, D.C.

7. That, on or about June 20, 2003, Plaintiff contracted with, and did purchase from, Defendant(s) an insurance policy to protect Plaintiff from the financial damages associated with the destruction and/or loss of use by fire and burning of the aforesaid real property.

8. That, pursuant thereto, and in consideration thereof, Plaintiff paid premiums to Defendant(s) for the benefits associated with the aforesaid insurance coverage.

9. That, on or about July 5, 2003, Plaintiff's real property located at 760 Rock Creek Church Rd., NW, Washington, D.C. was the subject of a fire.

CLARK U. FLECKINGER II
ATTORNEY AT LAW
Of Counsel To Bells, Weil & Grozbean, P.C.
ROCKVILLE METRO PLAZA 1
111 ROCKVILLE PIKE, SUITE 980
ROCKVILLE, MARYLAND 20850
301-294-7301
FAX 301-738-5708

10. That, as the result of the aforesaid fire of July 5, 2003, Plaintiff's real property was severely damaged as were the contents contained therein.

11. That, as a result of the property damage as aforesaid, the Plaintiff was financially damaged as a result of the diminution of the value of the aforesaid property and the cost of repair.

12. That, in addition, as a result of the aforesaid fire of July 5, 2003, Plaintiff lost the use of the aforesaid real property.

13. That, as result of the loss of use as aforesaid, Plaintiff was financially damaged.

14. That, pursuant to the damage sustained as a result of the aforesaid fire of July 5, 2003, Plaintiff notified Defendant(s) of such damage and that, pursuant to the contract of insurance between Plaintiff and Defendant(s), Defendant(s) was/were obligated to provide insurance coverage for the financial loss suffered by Plaintiff as a result of the fire.

15. That, despite Plaintiff's demand therefore, Defendant(s) refused to comply with their obligation to insure Plaintiff, and to, thereby, compensate her for the financial loss associated with the damage to the real property at 760 Rock Creek Church Rd., NW, Washington, D.C., and the contents therein, as well as the loss of use of said property, which damages were caused by the aforesaid fire of July 5, 2003.

CLARK U. FLECKINGER II
ATTORNEY AT LAW
Of Counsel To Belli, Weil & Grozbean, P.C.
ROCKVILLE METRO PLAZA I
111 ROCKVILLE PIKE, SUITE 980
ROCKVILLE, MARYLAND 20850
301-294-7301
FAX 301-738-5708

## COUNT I
### (Breach of Contract – All Defendants)

16. That, the allegations contained in the preceding and subsequent Paragraphs are incorporated by reference.

17. That, Defendant(s), jointly and severally, is/are in breach of its/their contractual obligation to provide insurance coverage to Plaintiff, and to compensate Plaintiff for, financial loss sustained as the result of a fire which burned the real property, and the contents therein, of Plaintiff.

18. That, Plaintiff has suffered damages in the amount of $500,000.00 as the result of Defendant(s) breach of contract.

**WHEREFORE,** the premises above considered, Plaintiff demands:

A. Judgment against Defendant(s), jointly and severally, in the amount of five hundred thousand dollars ($500,000.00) in compensatory damages;

B. Such other damages as may be proven at trial;

C. Plaintiff's attorney's fees and the costs of this action;

D. Such other and further relief as this Honorable Court deems fair and just.

CLARK U. FLECKINGER II
ATTORNEY AT LAW
Of Counsel To Belli, Weil & Grozbean, P C
ROCKVILLE METRO PLAZA I
111 ROCKVILLE PIKE, SUITE 980
ROCKVILLE, MARYLAND 20850
301-294-7301
FAX 301-738-5708

Respectfully Submitted,

*[signature]*

Clark U. Fleckinger II
Attorney for Plaintiff
Rockville Metro Plaza I
111 Rockville Pike, Suite 980
Rockville, MD 20850
(301) 294-7301
DC Bar No. 362393

### JURY DEMAND

Plaintiff hereby demands a jury trial of 6 persons as to all issues involved.

*[signature]*

Clark U. Fleckinger II

CLARK U. FLECKINGER II
ATTORNEY AT LAW
Of Counsel To Belli, Weil & Grozbean, P.C.
ROCKVILLE METRO PLAZA I
111 ROCKVILLE PIKE, SUITE 980
ROCKVILLE, MARYLAND 20850

301-294-7301
FAX 301-738-5708

6

# Superior Court of the District of Columbia
## CIVIL DIVISION — CIVIL ACTIONS BRANCH

### INFORMATION SHEET

Anjanie Persaud
vs.
The St. Paul Travelers Companies, Inc. et al

Case Number: 
Date: January 18, 2007

Name: CLARK U. FLECKINGER II
Firm Name: CLARK U. FLECKINGER II, ATTORNEY AT LAW
Telephone No.: (301) 294-7301
Unified Bar No.: 362393

Relationship to Lawsuit
● Attorney for Plaintiff
○ Self (Pro Se)
Other: 

TYPE OF CASE:  ○ Non-Jury    ● 6 Person Jury    ○ 12 Person Jury
Demand: $ 500,000.00    Other: 

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.         Judge         Calendar #
Case No.         Judge         Calendar #

NATURE OF SUIT: (Check One Box Only)

| A. CONTRACTS | | COLLECTION CASES |
|---|---|---|
| ☑ 01 Breach of Contract<br>☐ 02 Breach of Warranty<br>☐ 06 Negotiable Instrument<br>☐ 15 Other: | ☐ 07 Personal Property<br>☐ 09 Real Property-Real Estate<br>☐ 12 Specific Performance | ☐ 14 Under $25,000 Pltf. Grants Consent<br>☐ 16 Under $25,000 Consent Denied<br>☐ 17 OVER $25,000 |

| B. PROPERTY TORTS | | |
|---|---|---|
| ☐ 01 Automobile<br>☐ 02 Conversion<br>☐ 07 Shoplifting, D.C. Code § 3441 | ☐ 03 Destruction of Private Property<br>☐ 04 Property Damage | ☐ 05 Trespass<br>☐ 06 Other: |

| C. PERSONAL TORTS | | |
|---|---|---|
| ☐ 01 Abuse of Process<br>☐ 02 Alienation of Affection<br>☐ 03 Assault and Battery<br>☐ 04 Automobile<br>☐ 05 Deceit (Misrepresentation)<br>☐ 06 False Accusation<br>☐ 07 False Arrest<br>☐ 08 Fraud | ☐ 09 Harassment<br>☐ 10 Invasion of Privacy<br>☐ 11 Libel and Slander<br>☐ 12 Malicious Interference<br>☐ 13 Malicious Prosecution<br>☐ 14 Malpractice Legal<br>☐ 15 Malpractice Medical<br>☐ 16 Negligence | ☐ 17 Personal Injury<br>☐ 18 Wrongful Death<br>☐ 19 Wrongful Eviction<br>☐ 20 Other:<br>☐ 21 Asbestos<br>☐ 22 Toxic/Mass Torts |

Form CV(6)-496/Feb. 95

**D. OTHERS**

I.
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 04 Condemnation (Emin. Domain)
- ☐ 05 Ejectment
- ☐ 07 **Insurance/Subrogation Under $25,000 Pltf. Grants Consent**
- ☐ 08 Quiet Title
- ☐ 09 Special Writ (Specify)

- ☐ 10 T.R.O./Injunction
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (D.C. Code 164315)

- ☐ 25 Other:
- ☐ 26 **Insurance/Subrogation Under $25,000 Consent Denied**
- ☐ 27 **Insurance/Subrogation Over $25,000**

II.
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment
- ☐ 13 Correction of Birth Certificate
- ☑ 14 Correction of Marriage Certificate

- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [6-2713(h) or 36-3 19(a)]
- ☐ 20 Master Meter (D.C. Code 43-541, et seq.)

- ☐ 21 Petition for Subpoena [Rule 28-I(b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27 (a)(l) (Perpetuate Testimony)