```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____
                                    )
**ANJANIE PERSAUD,**                )
                                    )
       **Plaintiff,**       )
                                    )
       **v.**               )   Civil Action No. 07-346 (RWR)
                                    )
**ST. PAUL TRAVELERS COMPANIES,**   )
**INC, et al.,**                    )
                                    )
       **Defendants.**      )
_____)

### ORDER TO SHOW CAUSE

Defendant filed a motion to dismiss or, in the alternative, for summary judgment on February 22, 2007 which is unopposed. Accordingly, it is hereby

ORDERED that on or before May 18, 2007, plaintiff shall show cause in writing why defendant's unopposed motion should not be granted.

SIGNED this 8th day of May, 2007.

                                                      /s/
                                    RICHARD W. ROBERTS
                                    United States District Judge