## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |
| ANJANIE PERSAUD, ) | |
| ) | |
|      Plaintiff, ) | |
| ) | |
|      v. ) | Civil Action No. 07-346 (RWR) |
| ) | |
| ST. PAUL TRAVELERS COMPANIES, ) | |
| INC, et al., ) | |
| ) | |
|      Defendants. ) | |
| ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯ ) | |

### ORDER DISMISSING CASE

Plaintiff was ordered on May 8, 2007 to show cause in writing by May 18, 2007 why defendant's unopposed motion to dismiss, or in the alternative for summary judgment, should not be granted. Plaintiff has filed no response to the Court's order. Accordingly, it is hereby

ORDERED defendant's motion [2] to dismiss be, and hereby is, GRANTED.

SIGNED this 22nd day of May, 2007.

                                 _____/s/_____
                                 RICHARD W. ROBERTS
                                 United States District Judge